FRITZ CLAPP   (Bar No. 99197)
Attorney at Law
P.O. Box 2517
Beverly Hills, CA  90213
Telephone:   888-292-5784
Facsimile:    888-467-2341
Email:        mail@fritzclapp.com
Attorney for Plaintiff
NOAH DAVID ABRAMS

GARY M. SPRITZ  (Bar No. 152451)
Law Offices of Gary M. Spritz
30765 Pacific Coast Hwy. Ste. 307
Malibu, CA 90265
Telephone:   310-444-4911
Facsimile:    310-444-4917
Email:        gmspritzlaw@gmail.com
Attorney for Defendant
CREW APPAREL LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **NOAH DAVID ABRAMS**, | **Case No.  2:18-cv-03747 MWF-RAO** |
| Plaintiff, | |
| v. | **ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| **CREW APPAREL LLC, and DOES 1 through 10,** | |
| Defendants. | |

Pursuant to the parties' Stipulation re Dismissal of Action With Prejudice, and good cause appearing therefor, the above-captioned action shall be, and hereby is, dismissed in its entirety with prejudice.  Each party shall bear its own fees and costs.

//

//

1 **IT IS SO ORDERED.**

2

3 Dated: July 16, 2018

3 _____

4 The Hon. Michael W. Fitzgerald
Judge, United States District Court
5 Central District of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28